SHANE A. REED, ESQ. (CSB NO.: 158382)
LAW OFFICES OF REED & ASSOCIATES
P.O. BOX 452
JACKSONVILLE, OR 97530
TEL: (541) 899-1085 FAX: (541) 899-1126

Attorney for Plaintiff, Sergio Arias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARIAS,<br><br>   Plaintiff,<br><br>vs.<br><br>RORY D. BALKO,<br><br>   Defendant. | Case No. 2:05-CV-01678-WBS-KJM<br><br>NOTICE OF VOLUNTARY DISMISSAL |

  COMES NOW plaintiff and moves the court for a voluntary dismissal of this matter, with prejudice, and without costs to either party, on the grounds and for the reason that this matter has been settled.

  DATED this 11TH day of November, 2005.

             LAW OFFICES OF REED & ASSOCIATES


             By: /s/ SHANE A. REED
                Shane A. Reed, OSB #96159
                Attorney for Plaintiff

O R D E R

No answer or motion for summary judgment having been filed by the defendant, pursuant to F.R.Civ.P 41(a)(i), the foregoing dismissal is ALLOWED.

             */s/ William B. Shubb*
             WILLIAM B. SHUBB
             UNITED STATES DISTRICT JUDGE

December 9, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2005, I served the foregoing NOTICE OF VOLUNTARY DISMISSAL upon defendant by mailing a copy thereof to said party's attorney at their last known address.  I further certify that said copy was  placed in a sealed envelope, with postage paid, and placed in the United States Mail at Jacksonville, Oregon, and addressed as follows:

Thomas F. Armosino
Attorney at Law
2592 E. Barnett Rd.
Medford, OR 97504


Of Attorneys for Defendant

                LAW OFFICES OF REED & ASSOCIATES


                By:  /s/  SHANE A. REED
                    Shane A. Reed, OSB #96159
                    Attorney for Plaintiff